IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TOP LINE CARRIER, LLC,<br><br>        Defendant. | Court No.:<br><br>Judge:<br><br>**Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff") by and through its attorneys, ORLEANS CANTY NOVY, LLC, and as and for its Complaint against Defendant, TOP LINE CARRIER, LLC ("TOP LINE") states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, Top Line was a New Jersey limited liability company and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Edison, New Jersey.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 49 U.S.C. § 14706 as the claim for relief is premised in the liability of a motor carrier transporting freight in interstate commerce and conducts business in this District.

4. Venue is also appropriate in this District because Plaintiff and Top Line entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and Top Line to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as Exhibit 1.

## THE INCIDENT AND CARGO CLAIM

5. On or about June 4, 2021, Plaintiff, in its capacity as a freight broker and on behalf of its customer, Diary Farmers of America, Inc. tendered a load of foodstuffs to Top Line for transportation in interstate commerce from South Plainfield, New Jersey to Winnsboro, Texas with Rate Confirmation Load Number 23485061.

6. At the time the cargo was tendered to, and received by, Top Line, it was in good order and condition as acknowledged on the Rate Confirmation issued for the shipment.

7. During transit, the tractor-trailer caught on fire and the load of foodstuffs was completely burned.

8. The value of the cargo, as shown on the pro forma invoice issued by Dairy Farmers of America, Inc. was $81,648.00.

9. Plaintiff paid $81,648.00 to Dairy Farmers of America, Inc., in exchange for an assignment of rights to pursue this claim.

## COUNT I- CARMACK AMENDMENT LIABILITY

10. Plaintiff Restates and re-alleges Paragraphs 1-9 as Paragraph 10 as if fully set forth herein.

11. The shipment of the subject cargo involves the transportation of goods by motor carrier in interstate commerce.

12. On or about June 4, 2021, Top Line received and accepted the subject cargo in good order and condition and suitable in every respect for the subject transportation.

13. Top Line failed to deliver the cargo in good order and condition.

14. Pursuant to 49 U.S.C. § 14706 (the "Carmack Amendment"), Top Line, the motor carrier, is liable for damages for the loss to the trailer and consequential damages.

15. Plaintiff demanded, and continues to demand, payment for the cargo loss and consequential damages from Top Line.

16. To date, Top Line has failed to remit payment to Plaintiff for $81,648.00.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $81,648.00 against Defendant, TOP LINE CARRIER, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

## COUNT II - BREACH OF INDEMNIFICATION AGREEMENT – IN THE ALTERNATIVE

17. Plaintiff restates and re-alleges Paragraphs 1-9 as Paragraph 17 as if fully set forth herein.

18. At all times relevant, there was a Broker-Carrier Agreement entered into between Plaintiff and Top Line. *See* Ex. 1.

19. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

20. The Broker-Carrier Agreement requires Top Line to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* Ex. 1 at Paragraph 13.

21. Plaintiff demanded, and continues to demand, that Top Line indemnify Plaintiff in the amount of $81,648.00.

22. Top Line is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $81,648.00 against Defendant, TOP LINE CARRIER, LLC plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 11th day of August, 2022

                                     Respectfully Submitted,

                                     Plaintiff, COYOTE LOGISTICS, LLC

                                     */s/ Jason Orleans*
                                     One Of Its Attorneys
                                     ORLEANS CANTY NOVY, LLC

Jason Orleans
Nicky M. Priovolos
Orleans Canty Novy LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
F: (847) 625-8262
Service@ocnlaw.com