# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>TOP LINE CARRIER, LLC,<br><br>               Defendant. | Court No.: 22-cv-04224<br><br>Judge: Honorable Martha M. Pacold<br><br>Magistrate Judge: Honorable Sunil R. Harjani |

## DEFAULT JUDGMENT ORDER

Judgement is hereby entered in favor of Plaintiff, Coyote Logistics, LLC in the amount of $81,648.00 plus costs of $740.34. Enter order of Default Judgment as to Defendant, Top Line Carrier, LLC in the amount of $82,388.34.

Post judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from Defendant.

Date: July 20, 2023

SO ORDERED.

/s/ Martha M. Pacold
JUDGE MARTHA M. PACOLD
UNITED STATES DISTRICT COURT